IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ESTELLA ROBERTSON HARRIS-CARTER, AIS #226770, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  2:03cv1093-D WO |
| TUTWILER PRISON ADMINISTRATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

On January 27, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 99.)  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that said Recommendation be and the same is hereby adopted and that the above-styled cause be and the same is hereby DISMISSED without prejudice for failure of the plaintiff to prosecute this action properly and to comply with the orders of this court.

DONE this 15th day of February, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE