IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ESTELLA R. HARRIS-CARTER, ) | |
| AIS #226770, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv1093-IDM |
| ) | WO |
| TUTWILER PRISON ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's pleading filed March 13, 2006 (Doc. No. 101), in which she notifies the court of her present address, it is ORDERED that the court's order entered February 15, 2006 (Doc. No. 100), adopting the Recommendation of the Magistrate Judge and dismissing this case without prejudice, be and the same is hereby VACATED.

DONE this 16th day of March, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE