IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ESTELLA ROBERTSON HARRIS-CARTER, ) | |
| AIS, #226770, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv1093-ID |
| ) | WO |
| GLADYS DEESE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed April 25, 2006 (Doc. No. 105), and Plaintiff's Objections, filed May 17 and May 18 (Doc. Nos. 108-110), and having independently reviewed the file in this case, it is ORDERED as follows:

1. Plaintiff's Objections be and the same are hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. the motions for summary judgment filed by Defendants be and the same are hereby GRANTED;

4. the above-styled case be and the same is hereby DISMISSED with prejudice; and

5. the costs of this proceeding be and the same are hereby TAXED against Plaintiff for which let execution issue.

DONE this 26th day of May, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE