IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ESTELLA ROBERTSON HARRIS-CARTER, AIS, #226770, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:03cv1093-ID ) WO |
| GLADYS DEESE, et al., | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Defendants and against Plaintiff, and that this action is hereby DISMISSED with prejudice.

DONE this 26th day of May, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE